1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        marc.wolf@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA          )   NO. CR – 08-0858 MAG
14                                   )
        v.                           )   NOTICE OF DISMISSAL
15                                   )
   CHEYENNE MAPLES,                  )
16                                   )
        Defendant.                   )
17                                   )
                                     )
18  _____  )

19
        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above case without prejudice.
21

22  DATED:    1/22/14                    Respectfully submitted,

23                                       MELINDA HAAG
                                         United States Attorney
24

25                                       _____/s/_____
                                         MARC PRICE WOLF
26                                       Special Assistant United States Attorney

27

28

   NOTICE OF DISMISSAL (CR 08-858)

1  Leave is granted to the government to dismiss the Information.
2
3
4  Date: Jan 27, 2014
5                                                              _____
6                                                              United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL (CR 08-858)